IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DERRICK HUMPHRIES     PLAINTIFF

v.     CIVIL ACTION NO.: 1:16-cv-00102-GHD-DAS

ANTONIETA CASTILLO, Individually, and
STATE FARM FIRE AND CASUALTY COMPANY     DEFENDANTS

## AGREED ORDER OF DISMISSAL (PARTIAL)

UPON CONSIDERATION of Plaintiff's and Defendant State Farm Fire and Casualty Company's joint motion, the Court hereby ORDERS that all allegations and claims contained in Plaintiff's Complaint beyond a contractual damage for uninsured motorist insurance benefits, including claims for extra-contractual damages, punitive damages, "bad faith" damages, and attorneys' fees are DISMISSED, without prejudice.

Plaintiff's claim for contractual benefits for uninsured motorist benefits is not affected.

SO ORDERED, this, the 20th day of October, 2016.

_____
SENIOR U.S. DISTRICT JUDGE

AGREED:

/s/ L. Shane Tompkins
L. SHANE TOMPKINS, MSB # 100001
Attorney for Plaintiff

/s/ H. Scot Spragins
H. SCOT SPRAGINS, MSB # 7748
Attorney for Defendant State Farm Fire
and Casualty Company